UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LINDA R. RAPPAPORT, *on behalf of herself
and all others similarly situated*,

        Plaintiff,       JUDGMENT
 v.               24-CV-7558 (HG)

UNDER ARMOUR, INC., *a Maryland
corporation, and DOES 1-50, inclusive*,

        Defendant.
-----------------------------------------------------------------X

A Memorandum and Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on September 11, 2025, granting Defendant's motion to dismiss Plaintiff's complaint, with prejudice, *See* ECF No. 11; it is

ORDERED and ADJUDGED that Defendant's motion to dismiss Plaintiff's complaint, with prejudice, is granted. *See* ECF No. 11.

Dated: Brooklyn, New York          Brenna B. Mahoney
   September 12, 2025          Clerk of Court

                      By: */s/Jalitza Poveda*
                         Deputy Clerk