UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDA MOLAYEM, MICHAEL GATHEN, and KEITH WHITE, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>RALPH LAUREN CORPORATION, a Delaware corporation, RALPH LAUREN RETAIL, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-04816 (JGLC)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that on such date and time as counsel may be heard, Plaintiffs Ida Molayem, Michael Gathen, and Keith White, (collectively, "Plaintiffs"), by and through undersigned counsel, shall move before the Honorable Jessica G. L. Clarke pursuant to Rule 54(b) of the Federal Rules of Civil Procedure for entry of final judgment in favor of Defendants Ralph Lauren Corporation and Ralph Lauren Retail, Inc., as to Plaintiff Michael Gathen's claims under New York General Business Law §§ 349 and 350.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1(b)(2) of the Local Rules of Civil Procedure for the Southern District of New York, Defendants shall have until October 20, 2025, to file opposition papers.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1(b)(3) of the Local Rules of Civil Procedure for the Southern District of New York, Plaintiffs shall have until October 27, 2025, to file reply papers.

Dated: October 6, 2025　　　　　　　　　　　　**LYNCH CARPENTER LLP**

　　　　　　　　　　　　　　　　　　　By:　　*/s/ Scott G. Braden*

1

Scott G. Braden (*pro hac vice*)
scott@lcllp.com
Todd D. Carpenter (*pro hac vice forthcoming*)
todd@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Telephone:    619.762.1910
Facsimile:    858.313.1850

Gary F. Lynch (NY 5553854)
gary@lcllp.com
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Telephone: 412.322.9243

*Attorneys for Plaintiffs and
Proposed Class Counsel*